UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **JOSEPH MILLER JR #708796** | **CASE NO. 3:20-CV-01397 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JASON KENT** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and judgment as recommended is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner's Petition for Writ of Habeas Corpus, [doc. # 1], be **DENIED and DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED this 15th day of July, 2021, in Monroe, Louisiana.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE